ANNIE M. WATERS, PLAINTIFF IN ERROR, v. THE MAYOR, &c., OF NEWAK, DEFENDANTS IN ERROR.

On error to the Essex Circuit Court.    See opinion of Supreme Court on case certified, 27 *Vroom* 361.

For the plaintiff in error, *Hayes & Lambert.*

For the defendants in error, *Sherrerd Depue.*

PER CURIAM.

The judgment of the court below is affirmed for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DIXON, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, BROWN, GREEN, KRUEGER, SIMS, SMITH.    11.

*For reversal*—None.